IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: PENNINGTON, Joseph, Jr. ) | |
| ) | Case No: 06-10066 (MFW) |
| ) | Chapter 7 |
| ) | Ref: 26, 43, 44, 53 |

## NOTICE OF APPEAL

    Joseph Pennington, Jr., the Debtor, appeals under 28 U.S.C. Section 158(a)(1) from the Order of the Bankruptcy Judge granting, pursuant to 11 U.S.C. Section 707(b)(3), the Motion of the United States Trustee Kelly Beaudin Stapleton ("UST") to Dismiss the Debtor's case, which was entered in this matter on August 30, 2006. The Debtor's Motion to Reconsider said Order was granted in part on October 4, 2006, but the August 30, 2006 Order was not vacated or amended.

    The names of all parties to the order appealed from and the names and addresses and telephone numbers of their respective attorneys are as follows:

| | |
|---|---|
| William K. Harrington, Esquire | Cynthia L. Carroll, Esquire |
| Trial Attorney | Cynthia L. Carroll, P. A. |
| J. Caleb Boggs Federal Building | University Office Plaza |
| 844 King Street, Suite 2007 | 260 Chapman Road |
| Lockbox 35 | Suite 201(D) |
| Wilmington, DE 19801 | Newark, DE 19702 |
| Philadelphia, PA 19103 | (302) 733-0411 |
| (302) 573-6491 | Attorney for the |
| Office of the United States Trustee | Debtor |

Montague S. Claybrook
Chapter 7 Panel Trustee
913 N. Market Street
Suite 900
Wilmington, DE 19801
302-661-1804

Date: <u>October 12, 2006</u>          /s/Cynthia L. Carroll _____
                                                    Cynthia L. Carroll, Esquire
                                                    **CYNTHIA L. CARROLL, P. A.**
                                                    260 Chapman Road
                                                    Suite 201-D
                                                    Newark, DE 19702
                                                    (302) 733-0411
                                                    Attorney for the Debtor - Appellant

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Chapter 7 |
|  | ) |  |
|  | ) | Case No. 06-10066 (MFW) |
| JOSEPH PENNINGTON, JR., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

**ORDER**

**AND NOW** this **30th** day of **AUGUST, 2006,** upon consideration of the United States Trustee's Motion to Dismiss the Debtor's chapter 7 petition for abuse under section 707(b)(3) and the Debtor's response thereto, it is hereby

**ORDERED** that the Motion to Dismiss is hereby **GRANTED,** unless the Debtor converts his case to chapter 13 within thirty days of the entry of this Order.

BY THE COURT:

Mary F. Walrath
United States Bankruptcy Judge

cc: William K. Harrington, Esquire[1]

---

[1] Counsel shall serve a copy of this Opinion and Order on all interested parties and file a Certificate of Service with the Court.

```
                       SERVICE LIST

Cynthia Carroll, Esquire
260 Chapman Road, Suite 201-D
Newark, DE 19801
Counsel for the Debtor

William K. Harrington, Esquire
Office of the United States Trustee
Lockbox 35
844 King Street, RM 2207
Wilmington, DE 19899-0035

Montague S. Claybrook
913 N. Market Street
Wilmington, DE 19801
Chapter 7 Trustee
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: PENNINGTON, Joseph, Jr. )
) Case No: 06-10066 (MFW)
) Chapter 7
) Ref: 26, 43, 44

### ORDER

AND NOW, this _4th_ day of _October_, 2006, the Debtor's Motion for Reconsideration of the August 30, 2006 Order Granting the Motion of the United State's Trustee to Dismiss, ("Debtor's Motion") having been duly considered;

IT IS HEREBY ORDERED, that the Debtor's Motion is GRANTED ~~in part~~, and the August 30, 2006 Order is ~~VACATED~~ RECONSIDERED. However, upon consideration of the additional facts and argument presented at the hearing on October 4, 2006, the Court will not vacate or amend the August 30, 2006 Opinion or Order.

_____
U. S. Bankruptcy Court Judge

I:\Active Clients\Pennington, Joseph\Order on Motion to Reconsider 9-8-06.doc

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

11/13/2006

C.A. No.:
Bankruptcy Case No.: **06-10066 (MFW)**
Appeal No.: **06-65**

Bankruptcy Appeal Transmittal Sheet

Name of Appellant(s):  **Joseph Pennington, Jr.**

Counsel for Appellant(s):  **Cynthia L. Carroll, Esquire**
260 Chapman Road
Suite 201-D
Newark, DE 19702
302 733-0411

Name of Appellee:  **United States Trustee**

Counsel for Appellee:  **William K. Harrington, Esquire**
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
302 573-6491

Enclosed Items:

**Electronically Filed on 11/13/06**
**Notice of Appeal:  (Docket #54)**
**Appealable Orders:  (Docket #'s 44 & 53)**
**Appellants Designation of Record on Appeal:  (Docket # 57)**
**Appellees Designation: (Docket #58)**
**Transmittal letter: (Docket # 59)**