IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** JOSEPH PENNINGTON, JR.<br>         Debtor | Case No. 06-10066 MFW<br><br>Chapter 7 |

JOSEPH PENNINGTON, JR.
104 LAUREL AVENUE
NEWARK, DE 19711
Appellant

CYNTHIA L. CARROLL, P.A.
CYNTHIA L. CARROLL, ESQUIRE
260 CHAPMAN ROAD, SUITE 201-D
NEWARK, DE 19702
Attorneys for the Appellant

KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19899
Appellee

U.S. DEPT. OF JUSTICE
OFFICE OF THE U.S. TRUSTEE
WILLIAM K. HARRINGTON, ESQ.
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19899
Attorney for Appellee

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD**

STATEMENT OF ISSUES

1.   Whether the Bankruptcy Court's Order, granting the Motion of the United States Trustee (UST) to Dismiss the Debtor's Chapter 7 case, should be reversed?

1

2. Does the "totality of the circumstances" of this Debtor's financial situation demonstrate abuse under 11 U.S.C. Section 707(b)(3)?

3. Did Congress intend for the means test threshold of 11 U.S.C. Section 707(b)(2), to apply to a Debtor whose income is below the median income of his State, as part of a "totality of the circumstances" inquiry under Section 707(b)(3)?

The Appellant, Joseph Pennington, Jr., hereby designates the following documents to be included in the record on appeal:

| File Date | Paper No. | Pleading |
| --- | --- | --- |
| 01/24/06 | 1 | Chapter 7 Voluntary Petition |
| 02/21/06 | 16 | Stipulation and Order Terminating Relief from the Automatic Stay RE: 2004 Dodge Stratus |
| 05/08/06 | 26 | Motion to Dismiss Case filed by the U.S. Trustee |
| 06/08/06 | 29 | Response to the Motion to Dismiss |
| 06/08/06 | 30 | Revised Response to the Motion to Dismiss |
| 07/18/06 | 32 | Memorandum of Law U.S. Trustee's Supplemental Brief in Support of the Motion to Dismiss |
| 07/26/06 | 33 | Amended Schedule J |
| 07/31/06 | 35 | Exhibit A for the Response to the Motion to Dismiss |
| 08/01/06 | 36 | Brief filed by the U.S. Trustee |
| 08/23/06 | 39 | Response to the U.S. Trustee's Letter Brief |
| 08/24/06 | 40 | Affidavit Regarding the Response to the Letter Brief |
| 08/24/06 | 41 | Brief Reply to Post Trial Letter Brief by Debtor |

| Date | No. | Description |
|---|---|---|
| | | Reply by Debtor to the Brief by U.S. Trustee |
| 08/24/06 | 42 | Opinion Granting U.S. Trustee's Motion to Dismiss |
| 08/30/2006 | 43 | Order Granting U.S. Trustee's Motion to Dismiss |
| 08/30/2006 | 44 | Motion to Reconsider Order Granting Motion of |
| 09/08/2006 | 47 | U.S. Trustee to Dismiss |
| 09/11/2006 | 49 | Amended Schedules B,D,F,J |
| 09/29/2006 | 51 | Objection to Motion for Reconsideration |
| 10/05/2006 | 53 | Order (Revisions by the Court) |
| 10/12/2006 | 54 | Notice of Appeal |
| 10/18/2006 | 56 | Transcript of Hearing Held 10/04/2006 |

Respectfully Submitted,

**CYNTHIA L. CARROLL, P.A.**

/s/ Cynthia L. Carroll
Cynthia L. Carroll, Esquire, Bar No. 3465
260 Chapman Road, Suite 201(D)
Newark, DE  19702
(302) 733-0411
Attorney for Appellant Joseph Pennington, Jr.

DATED: October 23, 2006