IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: JOSEPH PENNINGTON, JR., | ) Chapter 7 |
| | ) Bk. No. 06-10066 (MFW) |
| | ) |
| Debtors. | ) |
| JOSEPH PENNINGTON, JR., | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) Civ. No. 06-690-SLR |
| | ) |
| U.S. TRUSTEE, | ) |
| | ) |
| Appellee. | ) |

**ORDER**

At Wilmington this 28th day of September, 2007, having reviewed the record and there having been no activity in the above captioned bankruptcy appeal since the reference to a mediator was entered on November 28, 2006[1], indicating that the matter has been resolved or that the judicial process is not being used effectively (or respectfully) by the parties;

IT IS ORDERED that said appeal is dismissed for lack of prosecution.

_____
United States District Judge

---

[1] At the court's request a status report was filed under seal by the mediator on September 26, 2007 (D.I. 5).